**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6223

DEVINCHE ALBRITTON,

Plaintiff - Appellant,

v.

LT. D. L. LANDRY, RNCC Supervisor,

Defendant - Appellee,

and

DAVID ANDERSON, Warden of the (RNCC) River North Correctional Center; KIMBERLY PHIPPS, Principal of RNCC; HAROLD W. CLARKE, Director of the (VDOC) VA Department of Corrections; VIRGINIA DEPARTMENT OF CORRECTIONS; ASST. WARDEN BATEMAN, RNCC; MS. GREER, PREA Manager; CAPTAIN MILLER, RNCC OIC; A. STANLEY, RNCC IHO; U/M COLNA, RNCC Unit Manager; MR. MCBRIDE, RNCC Chief of Housing; JOHN DOES, RNCC Cell Assignment Committee; LT. HICKMAN, RNCC PREA Investigator,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert S. Ballou, District Judge.  (7:22-cv-00306-RSB-PMS)

Submitted:  December 23, 2025                    Decided:  December 31, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

DeVinche Albritton, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton, a Virginia inmate, appeals from the civil judgment entered in his 42 U.S.C. § 1983 action following a jury trial.  We have reviewed the district court's dispositive rulings, including its order granting Defendants' motion to dismiss in part and its order denying Albritton's motion to set aside the jury's verdict, and discern no reversible error.  Accordingly, we affirm the district court's orders and the resulting judgment.  *See Albritton v. Landry*, No. 7:22-cv-00306-RSB-PMS (W.D. Va. Feb. 28, 2024 & Feb. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
